**Wayne E. JACKSON–EL, Plaintiff–Appellant,**

v.

**FEDERAL BUREAU OF INVESTI-GATION, Defendant–Appellee.**

No. 06–7894.

United States Court of Appeals, Fourth Circuit.

Submitted: March 22, 2007.

Decided: March 29, 2007.

Wayne E. Jackson–El, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne E. Jackson–El appeals the district court's order summarily dismissing his complaint. We agree with the district court that Jackson–El's complaint is indecipherable and fails to state a claim. Accordingly, we dismiss the appeal as frivolous. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*